UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATHAN THOMPSON,

    Plaintiff,

v.   Case No. 6:20-cv-1993-RBD-EJK

MADE TO MOVE INC.; and
DALLAS WALDRON,

    Defendants.
_____

## ORDER

Before the Court are:

1. Plaintiff's Renewed Motion for Entry of Default Final Judgment as to All Defendants (Doc. 19 ("Motion")); and

2. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 20 ("R&R")).

Defendants failed to respond to Plaintiff's Complaint, so Plaintiff secured Clerk's defaults against them. (Docs. 1, 13.) Plaintiff's first motion for default judgment was denied without prejudice. (Docs. 15, 16.) But Judge Kidd now recommends granting Plaintiff's renewed Motion. (Docs. 19, 20.)

The parties did not object to the R&R and the time for doing so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*,

208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 20) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 19) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment in favor of Plaintiff and against Defendants on Counts I and II of the Complaint (Doc. 1) in the amount of $980.50.

4. Plaintiff is **ENTITLED** to attorney's fees and costs.

5. By **Thursday, November 18, 2021**, Plaintiff may file a motion for attorney's fees and costs.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 4, 2021.

ROY B. DALTON JR.
United States District Judge